**Gerard DEWERD**

v.

**Frank WISE and Gladys Wise,
Appellants.**

**No. 15537.**

United States Court of Appeals
Third Circuit.

Argued Nov. 16, 1965.

Decided Jan. 17, 1966.

George H. T. Dudley, Charlotte Amalie, St. Thomas, V. I., for appellants.

Thomas D. Ireland, St. Thomas, V. I. (Maas & Ireland, St. Thomas, V. I., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The judgment of the District Court will be affirmed.

Mark S. Rothman, U. S. Department of Justice, Tax Division, Washington, D. C. (Richard M. Roberts, Acting Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

The sole issue remaining in this tax case is whether in the years 1958 and 1959 taxpayer's contention that he was engaged in the business of farming is correct.

The Tax Court, on substantial evidence in the whole case, found as a fact that in the years 1958 and 1959, taxpayer did not operate his farm on a commercial basis for profit. Consequently the expenses and losses sustained by his farm during that period were held not deductible under Section 165 of the Internal Revenue Code of 1954.

The decision of the Tax Court will be affirmed.

**Alfred M. COX and Helen B. Cox,
Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 15419.**

United States Court of Appeals
Third Circuit.

Argued Dec. 16, 1965.

Decided Jan. 25, 1966.

Steven A. Stepanian, II, Pittsburgh, Pa. (Sidney B. Gambill, Pittsburgh, Pa., William L. Jacob, Pittsburgh, Pa., Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for petitioners.